sion to the Bar.— Application granted. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of Isaac Miller and Abraham Miller, Attorneys.— Motion granted and respondents suspended from practice for a period of one year from the date of the entry of the order herein. Burr, Thomas and Carr, JJ., concurred; Jenks, P. J., and Hirschberg, J., voted to adopt the recommendation of the referee.

In the Matter of the Application of the Public Service Commission, etc., for the Appointment of Three Commissioners, Steinway Tunnel and Queensboro Plaza Route.— Motion granted, and newspapers designated. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of John B. Roesch, an Attorney.— The proceeding is abated by the death of the respondent. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Application of Alexander Salavanno, etc.— Motion denied. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Probate of the Last Will and and Testament of Mary A. Waldron, Deceased.— Motion for resettlement of order of reversal denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Application of Robert C. Whitten for a Writ of Certiorari, etc.— Motion to resettle order and for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

William H. Kain, Appellant, v. The Erie Railroad Company, Respondent.— Motion granted, with costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Richard McCann, Plaintiff, v. Hamilton Trust Company and Others, Defendants.— Appeal dismissed, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

John McKiernan, Respondent, v. New York, Susquehanna and Western Railroad Company, Appellant.— Motions for reargument and for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

John Paschke, Appellant, v. Long Island Railroad Company, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Lillie Paschke, Appellant, v. Long Island Railroad Company, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The People of the State of New York, Respondent, v. Genaro Battleora, Appellant.— Motion denied, on condition that the appellant perfect his appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The People of the State of New York, Respondent, v. Michael De Vito, Appellant.— Motion denied, on condition that the appellant perfect his appeal, place the case on the next calendar of this court, and be ready for